To WHom it may ConcErled

One of the letter I sent to you all I had A Inmate help me write some of the thing in one of them Because He was saidng that they know what you are Saying I think that he put the Wrong thing in one the letter Because he say put in the mail so they can get it I do not know if he had read the right thing or not To me Because it did not take that Long for you all to right Back so if he wrote the Whong thing Look in to it for me Let me Know Suming Soon

write Back soon Thanks for you all time

From John Michael Crawford
#302635

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

JAN 2 1 2015

Abel Acosta, Clerk